MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California  95110-1770
Telephone: (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA,
FRIEDRICH MORITZ, M.D., and
ALFONSO BANUELOS, M.D.

CHARLES A. BONNER, ESQ. (S.B. #85413)
A. CABRAL BONNER, ESQ. (S.B. #247528)
LAW OFFICES OF BONNER & BONNER
475 Gate Five Road, Suite 212
Sausalito, California 94965
Telephone: (415) 331-3070
Facsimile:  (415) 331-2738

Attorneys for Plaintiffs
LUKE ROMERO, M.D., JANA DOLNIKOVA, M.D., and RICHARD HUGHES

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco)

| | |
|---|---|
| LUKE ROMERO, M.D., an individual et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA dba SANTA CLARA VALLEY MEDICAL CENTER et al.,<br><br>Defendants. | No.   CV-11-04812 RS<br><br>**STIPULATION AND ORDER DISMISSING WITH PREJUDICE THE AMENDED COMPLAINT OF RICHARD HUGHES IN FAVOR OF DEFENDANTS COUNTY OF SANTA CLARA, FRIEDRICH MORITZ, M.D., AND ALFONSO BANUELOS, M.D.** |

The parties, by and through their respective counsel of record, hereby stipulate and agree to an order dismissing with prejudice the Amended Complaint filed by Richard Hughes as against Defendants County of Santa Clara, Friedrich Moritz, M.D., and Alfonso Banuelos, M.D., in connection with the above-referenced matter.  The parties further stipulate and agree to an order

whereby all such parties waive any claim for statutory costs and/or attorneys' fees against one another.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                                        MIGUEL MÁRQUEZ
                                        COUNTY COUNSEL

Dated: May 11, 2012          By:         /S/
                                        GREGORY J. SEBASTINELLI
                                        Deputy County Counsel

                                        Attorneys for Defendants
                                        COUNTY OF SANTA CLARA,
                                        FRIEDRICH MORITZ, M.D., and
                                        ALFONSO BANUELOS, M.D.

                                        LAW OFFICES OF BONNER & BONNER

Dated: May 21, 2012          By:         /S/
                                          CABRAL BONNER

                                        Attorneys for Plaintiff
                                        RICHARD HUGHES

**ORDER**

IT IS SO ORDERED.

Dated: 5/22/12

                                        HONORABLE RICHARD SEEBORG
                                        United States District Court Judge

581619.DOC