1  MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
   GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
2  MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
   OFFICE OF THE COUNTY COUNSEL
3  70 West Hedding Street, East Wing, Ninth Floor
   San Jose, California 95110-1770
4  Telephone: (408) 299-5900
   Facsimile: (408) 292-7240
5
   Attorneys for Defendants
6  COUNTY OF SANTA CLARA,
   FRIEDRICH MORITZ, M.D., and
7  ALFONSO BANUELOS, M.D.

8  CHARLES A. BONNER, ESQ. (S.B. #85413)
   A. CABRAL BONNER, ESQ. (S.B. #247528)
9  LAW OFFICES OF BONNER & BONNER
   475 Gate Five Road, Suite 212
10 Sausalito, California 94965
   Telephone: (415) 331-3070
11 Facsimile: (415) 331-2738

12 Attorneys for Plaintiffs
   LUKE ROMERO, M.D., JANA
13 DOLNIKOVA, M.D., and RICHARD
   HUGHES

14

15              UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
16                      (San Francisco)

17

18 | LUKE ROMERO, M.D., an individual et al., | No.   CV-11-04812 RS |
19 | Plaintiffs, | **STIPULATION AND ORDER DISMISSING WITH PREJUDICE THE AMENDED COMPLAINT OF JANA DOLNIKOVA, M.D., IN FAVOR OF DEFENDANTS COUNTY OF SANTA CLARA, FRIEDRICH MORITZ, M.D., AND ALFONSO BANUELOS, M.D.** |
20 | v. | |
21 | COUNTY OF SANTA CLARA dba SANTA CLARA VALLEY MEDICAL CENTER et al., | |
22 | Defendants. | |

25    The parties, by and through their respective counsel of record, hereby stipulate and agree to

26 an order dismissing with prejudice the Amended Complaint filed by Jana Dolnikova, M.D., as

27 against Defendants County of Santa Clara, Friedrich Moritz, M.D., and Alfonso Banuelos, M.D., in

28 connection with the above-referenced matter. The parties further stipulate and agree to an order

whereby all such parties waive any claim for statutory costs and/or attorneys' fees against one another.

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

|  |  |
|---|---|
|  | MIGUEL MÁRQUEZ<br>COUNTY COUNSEL |
| Dated: May 11, 2012 | By:    /S/<br>GREGORY J. SEBASTINELLI<br>Deputy County Counsel |
|  | Attorneys for Defendants<br>COUNTY OF SANTA CLARA,<br>FRIEDRICH MORITZ, M.D., and<br>ALFONSO BANUELOS, M.D. |
|  | LAW OFFICES OF BONNER & BONNER |
| Dated: June 6, 2012 | By:    /S/<br>CABRAL BONNER |
|  | Attorneys for Plaintiff<br>JANA DOLNIKOVA, M.D. |

**ORDER**

IT IS SO ORDERED.

Dated: 6/7/12

    HONORABLE RICHARD SEEBORG
    United States District Court Judge

581619.DOC