CHARLES A. BONNER, ESQ.  SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF CHARLES A. BONNER**
475 GATE FIVE RD, SUITE 212
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUKE ROMERO, M.D., an individual et al., | **Case No: Case No: CV11-04812 RS** |
| Plaintiffs, | |
| vs. | STIPULATION TO FILE SECOND AMENDED COMPLAINT |
| COUNTY OF SANTA CLARA dba SANTA CLARA VALLEY MEDICAL CENTER et al., | [PROPOSED] ORDER |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, through their respective attorneys of record, A. CABRAL BONNER of THE LAW OFFICES OF BONNER & BONNER, attorney for Plaintiff, and GREGORY SEBASTINELLI DEPUTY COUNTY COUNSEL COUNTY OF SANTA CLARA, attorney for all Defendants, as indicated by their signatures below, to grant Plaintiff leave to file a Second Amended Complaint.

Since Plaintiff filed the Amended Complaint, Plaintiff alleges that Defendants have engaged in further retaliatory conduct. Plaintiff ROMERO filed another claim of discrimination with the EEOC on September 4, 2012 for further acts of retaliation and disability discrimination.

ROMERO received his right to sue letter on November 6, 2012. More recently, on December 3, 2012, Defendant County terminated Dr. Romero's employment. Dr. Romero is in the process of filing a new charge of discrimination and a new claim against the county. Plaintiff will need to further amend the Second Amended Complaint after receiving a new right to sue letter and a rejection of his Government Tort Claim.

Good cause exists for the amendment because the new allegations included in the Second Amended Complaint occurred after the filing of the Amended Complaint, but generally arise out of a common nucleus of operative fact as the Amended and original complaints. A copy of Plaintiffs Second Amended Complaint is attached as "Attachment A". Some modified portions are italicized.

Dated: January 30, 2013

**RESPECTFULLY SUBMITTED,**
**LAW OFFICES OF BONNER & BONNER**

/s/A. Cabral Bonner
A. Cabral Bonner
Attorney for Plaintiff

Dated: __1/30/__, 2013

**RESPECTFULLY SUBMITTED**
**LORI PEGG**
COUNTY COUNSEL
COUNTY OF SANTA CLARA

GREGORY SEBASTINELLI
ATTORNEYS FOR DEFENDANTS

//
//

[PROPOSED] ORDER

IT IS SO ORDERED, PLAINTIFF MAY FILE A SECOND AMENDED COMPLAINT.

Dated: 1/31/13

_[signature]_
DISTRICT COURT JUDGE

# ATTACHMENT A

STIPULATION AND ORDER RE AMENDED COMPLAINT AND SCHEDULING ORDER  - 4