1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LUKE ROMERO, M.D.,                              No. C 11-04812 RS

              Plaintiff,          **CASE MANAGEMENT**
   v.                                              **SCHEDULING ORDER**

COUNTY OF SANTA CLARA, et al.,

              Defendants.
_____/

      Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a

Case Management Conference on January 31, 2013.  After considering the Joint Case

Management Statement submitted by the parties and consulting with the attorneys of record for

the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

      1.     ALTERNATIVE DISPUTE RESOLUTION.

      SETTLEMENT CONFERENCE.  The parties are hereby REFERRED to a randomly

assigned magistrate judge for a settlement conference, to take place, ideally, within the next

ninety (90) days.

2.      DISCOVERY.

On or before January 24, 2014, all non-expert discovery shall be completed by the parties.  In light of plaintiff's Second Amended Complaint, each defendant will have an additional twenty-five (25) interrogatories.  All other discovery limits remain in place.

3.      DISCOVERY DISPUTES. Discovery disputes will be referred to a Magistrate Judge.  After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute.  Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

4.      EXPERT WITNESSES.  The disclosure and discovery of expert witnesses shall proceed as follows:

A.  On or before February 21, 2014, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

B.  On or before March 7, 2014, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

C.  On or before April 11, 2014, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

5.      FURTHER CASE MANAGEMENT CONFERENCE.  A Further Case Management Conference shall be held on **January 30, 2014 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

CASE MANAGEMENT SCHEDULING ORDER

6.      PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to Civil Local Rule 7.  All pretrial motions shall be heard no later than **July 17, 2014**.

7.      PRETRIAL CONFERENCE.  The final pretrial conference will be held on **September 25, 2014 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

8.      TRIAL DATE.   Trial shall commence on **October 6, 2014 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED:   1/31/13

_____
RICHARD SEEBORG
United States District Judge