CHARLES A. BONNER, ESQ. SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF CHARLES A. BONNER**
475 GATE FIVE RD, SUITE 212
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LUKE ROMERO, M.D., an individual; | **Case No.: CV11-04812 WHO** |
| Plaintiff, | **PLAINTIFF LUKE ROMERO, M.D'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT** |
| vs. | |
| COUNTY OF SANTA CLARA dba SANTA CLARA VALLEY MEDICAL CENTER, FRITZ MORITZ, M.D., an individual; ALFONSO BANUELOS, M.D., and DOES 1 - 100, | Date: September 18, 2013<br>Time: 2:00 pM<br>Dept: Courtroom 2 - 17th Floor<br>District Judge William H. Orrick |
| Defendants | |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

YOU ARE HERBY NOTIFIED that on September 18, 2013, or at such other time that is convenient for the Court, at the hour of 2 P.M. in Courtroom 2 of the above-entitled Court located at 450 Golden Gate Avenue, San Francisco, CA 94102-3489, before the Honorable William H. Orrick, Plaintiff will move the Court for an order for leave to file a Third Amended Complaint.

This motion will be based upon the contemporaneously filed Memorandum of Points and authorities and the supporting declaration of A. Cabral Bonner with attached exhibits, as well as oral argument entertained by the court.

//

DATED: August 2, 2013                    RESPECTFULLY SUBMITTED

                                         LAW OFFICES OF BONNER AND BONNER


                                         By: ___/s/ *A. CABRAL BONNER*_____
                                         A. CABRAL BONNER
                                         ATTORNEY FOR PLAINTIFF

LUKE ROMERO, M.D.'S MEMORANDUM IN SUPPORT OF

MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT

Please take note LUKE ROMERO, M.D. will bring this motion for hearing before this Court on September 18, 2013, at the hour of 2 P.M. in Courtroom 2 to requests leave of Court to file Third Amended Complaint

A. Introduction

1.      Plaintiff is LUKE ROMERO, M.D.; defendants are COUNTY OF SANTA CLARA dba SANTA CLARA VALLEY MEDICAL CENTER, FRITZ MORITZ, M.D.,  an individual; ALFONSO BANUELOS, M.D..

2.      Plaintiff sued defendants for many different causes of action that all stemmed from retaliation against Plaintiff that occurred after Plaintiff made complaints regarding serious patient safety issues while employed at Defendant Hospital as an anesthesiologist.

3.      Plaintiff filed a Second Amended complaint on January 31, 2013 adding additional facts regarding conduct, which occurred after Plaintiff filed his amended complaint. The conduct included Defendants terminating Plaintiff's employment.  At the time, Plaintiff added additional facts, causes of action, but no additional defendants.  Plaintiff provided facts regarding three additional individuals, *DOLLY GOEL M.D., ADELLA GARLAND M.D.* and *BRIDGET PHILLIPS, M.D* but did not add the individuals as named defendants.

4.      LUKE ROMERO, M.D seeks to further amend his Second Amended Complaint to add *DOLLY GOEL M.D., ADELLA GARLAND M.D.* and *BRIDGET PHILLIPS, M.D*. as named defendants. Conduct attributed to all three of these individuals was discussed in the Second Amended Complaint.   Plaintiff also seeks to add additional paragraphs in the recitation of the facts to delineate the conduct of the new plaintiffs as it relates to the causes of action. Plaintiff's amendments can be found at the following paragraphs: 12, 61 and 79.  Plaintiff does not seek to add any additional causes of action.

B. Argument

5.      Unless the opposing party can show prejudice, bad faith, or undue delay, a court should grant leave to file an amended pleading. *Foman v. Davis*, 371 U.S. 178, 182, 83 S. Ct. 227, 230

(1962).   The current case is still in its early stages despite the fact that it was filed in 2011.  No depositions have been taken.  Both parties have exchanged documents production requests and have produced documents. Should the court grant this motion, Defendants will be able to conduct all depositions with full consideration of the added defendants.  Additionally, the conduct in question was described in the Second Amended Complaint.  Accordingly, Defendants will not be prejudiced in any way by the proposed Third Amended Complaint.  Additionally, the primary cause of action implicated by the added defendants is Retaliation Violation of Civil Rights Law - 42 U.S.C. § 1983.  Since the conduct took place within in the 2 years, Plaintiff could file a separate lawsuit as to these violations and seek to have the matters consolidated. Rather than waste precious judicial resources, Plaintiff asks this court to grant leave to file a Third Amended Complaint to add the three named defendants.

6.      Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a): *Foman*, 371 U.S. at 182, 83 S. Ct. at 230. Dr. Romero brought this case as a last resort when the Defendants engaged in a pattern of retaliation and harassment against based on his protected conduct of making complaints of serious patient care breaches at Defendant Hospital.  Plaintiff filed the Second Amended Complaint pursuant to stipulation by the parties to ensure the filing occurred before the 90-day deadline of an EEOC right to sue letter Dr. Romero received on November 6, 2012.  Plaintiff sought not to add individual defendants at that time to ensure that the Second Amended Complaint could be filed before February 6, 2013. After a further review of the facts and evidence, Plaintiff seeks to add the above referenced individuals as named defendants.

8.      Defendants will not be prejudiced be Dr. Romero's amended pleading because, as discussed above, the case is still in the very early stages and Defendants have known about the allegations against the additional three defendants since the Second Amended Complaint was filed.  *Phelps v. McClellan,* 30 F.3d 658, 662-63 (6th Cir. 1994).  The parties have exchanged document production requests and documents but no depositions have been noticed. Accordingly, should the court grant Plaintiff's motion, discovery can be initiated in contemplation of the additional defendants.

9.      Dr. Romero is filing its amended pleading along with this motion as Attachment 1 to the

Declaration of A. Cabral Bonner in Support of Plaintiff's Motion to Amend.

C. Conclusion

10.     For these reasons, Dr. Romero asks the court to grant leave to file the amended pleading.

**Dated: August 2, 2013**                    **RESPECTFULLY SUBMITTED,**
                                              **LAW OFFICES OF BONNER & BONNER**


                                   _____/s/_____
                                   A. Cabral Bonner
                                   Attorney for Plaintiff