UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUKE ROMERO,

    Plaintiff,

    v.

COUNTY OF SANTA CLARA, et al.,

    Defendants.

Case No. 11-cv-04812-WHO

**CORRECTED ORDER OF DISMISSAL**

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is **DISMISSED WITH PREJUDICE** as to defendant Alfonso Banuelos, M.D. only.

Dated: February 21, 2014



WILLIAM H. ORRICK
United States District Judge