UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE ROMERO,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>    Defendants. | Case No. 11-cv-04812-WHO<br><br>**ORDER GRANTING APPLICATION TO SET ASIDE DISMISSAL**<br><br>Re: Dkt. No. 77, 78 |

Plaintiff has filed an application requesting that the Order of Dismissal dated February 21, 2014 be set aside, and clarifying that the parties' notice of voluntary dismissal was intended to dismiss only Defendant Alfonso Banuelos, M.D.

The Order of Dismissal is VACATED. The Clerk shall reopen the case, restore all deadlines and hearings, and terminate defendant Alfonso Banuelos, M.D.

**IT IS SO ORDERED.**

Dated: March 3, 2014

WILLIAM H. ORRICK
United States District Judge