1

2

3

4                        UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6

7    LUKE ROMERO,                              Case No.  11-cv-04812-WHO

            Plaintiff,

8

        v.                                     **TENTATIVE ORDER REGARDING**
9                                              **OPENING JURY INSTRUCTIONS**

     COUNTY OF SANTA CLARA, et al.,            Re: Dkt. No. 140
10
            Defendants.
11

12          The parties have filed proposed opening and closing jury instructions.  Dkt. No. 140.  The

13   parties agree on proposed opening jury instructions 1 through 3 and 5 through 17.  The parties

14   disagree on proposed opening jury instruction 4.  I intend to adopt the agreed upon proposed jury

15   instructions and, subject to argument by the parties at the pretrial conference, I also intend to adopt

16   the following opening jury instruction 4.

17                              **JURY INSTRUCTION NO. 4**

18                                **CLAIMS AND DEFENSES**

19          To help you follow the evidence, I will give you a brief summary of the positions of the

20   parties.

21          Plaintiff Dr. Luke Romero is an anesthesiologist.  He claims that Defendants Santa Clara

22   County, Dr. Friedrich Moritz, Dr. Bridget Phillip, Dr. Adella Garland, and Dr. Dolly Goel

23   retaliated against him for engaging in protected activity under California's Fair Employment and

24   Housing Act (FEHA), California Labor Code section 1102.5, California Health & Safety Code

25   section 1278.5, and the First Amendment of the United States Constitution.  Dr. Romero claims

26   that after he made complaints about discrimination, harassment, mismanagement, and deficient

27   patient care at the Santa Clara County hospital where he worked, his own patient care was

28   subjected to unfair peer reviews by his colleagues.  "Peer review" is a process by which a

United States District Court
Northern District of California

United States District Court
Northern District of California

1   physician's patient care is analyzed and evaluated by other physicians with similar training.  Dr.

2   Romero has the burden of proving his claims by a preponderance of the evidence.

3          Defendants deny Dr. Romero's claims.  Defendants allege that Dr. Romero made his

4   complaints at the same time the hospital was implementing a new and more rigorous peer review

5   policy that applied to all physicians and that Dr. Romero's patient care would have been reviewed

6   even if he had not made the complaints.

7

8   **Court's analysis:**  This is based on the Ninth Circuit Model Civil Jury Instruction 1.2 and

9   substantially similar to defendants' proposed instruction.  Defendants' objections to plaintiffs'

10  proposed instruction are well-taken.

11

12          **IT IS SO ORDERED**.

13  Dated:  September 22, 2014



14  _____

15  WILLIAM H. ORRICK
    United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2