UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE ROMERO,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>    Defendants. | Case No. 11-cv-04812-WHO<br><br>**ORDER REGARDING OFFER OF PROOF** |

At the pretrial conference on September 22, 2014, I instructed plaintiff Luke Romero to file an offer of proof by September 30, 2014 in support of his *Monell* claims. In determining whether Romero has presented sufficient evidence to take those claims to trial, I will consider all evidence included in the offer of proof, without regard to whether it is submitted in the form of sworn testimony.

I gave defendants until October 2, 2014 to submit evidence rebutting *Monell* liability. In the event Romero's evidence is insufficient on its face to support *Monell* liability, defendants need not submit any evidence. However, if defendants wish to introduce rebuttal evidence to support a ruling precluding Romero from presenting his *Monell* claims at trial, defendants should submit it by way of declaration.

I will assume the truth of Romero's offer of proof. I am requiring competent evidence from defendants because they did not raise the *Monell* issue until their motion in limine. In order

1  now to preclude Romero from proceeding on this claim, they will need an appropriate evidentiary
2  record to do so.
3       **IT IS SO ORDERED**.
4  Dated:  September 26, 2014



WILLIAM H. ORRICK
United States District Judge