ORRY P. KORB, County Counsel (S.B. #114399)
MARY L. MALYSZ, Deputy County Counsel (S.B. #138385)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, and its Santa Clara
Valley Medical Center, FRIEDRICH MORITZ,
M.D., DOLLY GOEL, M.D., ADELLA
GARLAND, M.D., and BRIDGET PHILIP, M.D.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco)

| | |
|---|---|
| LUKE ROMERO, M.D., an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.<br><br>Defendants. | No. CV11-04812 WHO<br><br>**DEFENDANTS' ADMINISTRATIVE REQUEST FOR ORDER ALLOWING EQUIPMENT THROUGH SECURITY; ORDER**<br><br>Trial Date:  October 6, 2014<br>Time:         8:30<br>Crtrm:        12, 19th Floor<br>Judge:        William H. Orrick III |

Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, Defendants County of Santa Clara, et al., seek an Order from the Court directing the Federal Marshal and/or Federal Security Services to allow into the Federal Courthouse the following for use at trial in the above-referenced matter.

The parties request admission into the Federal Courthouse of the following:

1. Laptop computers;

2. Extension cords, power cords and other necessary cords;

3. "Myfi" device (small unit for wireless connection);

4. Easel with large paper pads;

5. Demonstrative displays to place on easel;

6. Six boxes containing exhibit binders, witness binders and similar trial materials;

1

7. We seek permission for Information Systems Analyst I Ghebreab Meskel Gehal to be present the first day of trial to assist with the equipment connectivity, and on any other trial dates as necessary to resolve equipment issues.

8. We seek permission for Information Systems Manager Alex Morata to be present as necessary to resolve equipment issues.

9. We seek permission for Information Systems LAN Specialist David Rodriguez to be present as necessary to resolve equipment issues.

Dated:  September 30, 2014              Respectfully submitted,

                                                ORRY P. KORB
                                                COUNTY COUNSEL

By:  _____/S/_____
MARY L. MALYSZ
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA and its Santa Clara Valley Medical Center, FRIEDRICH MORITZ, M.D., DOLLY GOEL, M.D., ADELLA GARLAND, M.D., AND BRIDGET PHILIP, M.D.

1001398

2

**ORDER**

FOR GOOD CAUSE APPEARING, the administrative motion is GRANTED. The Court Orders the United States Marshals Service to allow the following equipment through security:

1. Laptop computers;
2. Extension cords, power cords and other necessary cords;
3. "Myfi" device (small unit for wireless connection);
4. Easel with large paper pads;
5. Demonstrative displays to place on easel;
6. Six boxes containing exhibit binders, witness binders and similar trial materials;
7. Systems Analyst I Ghebreab Meskel Gehal may be present the first day of trial to assist with the equipment connectivity, and on any other trial dates as necessary to resolve equipment issues.
8. Information Systems Manager Alex Morata may be present as necessary to resolve equipment issues.
9. Information Systems LAN Specialist David Rodriguez may be present as necessary to resolve equipment issues.

Date: September 30, 2014

HONORABLE WILLIAM H. ORRICK
United States District Judge