UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUKE ROMERO,

    Plaintiff,

  v.

COUNTY OF SANTA CLARA, et al.,

    Defendants.

Case No. 11-cv-04812-WHO

**ORDER JURY REFRESHMENTS**

**IT IS HEREBY ORDERED** that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries for the members of the jury in the above-entitled matter beginning October 7, 2014, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom 12, 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue. San Francisco, CA 94102.

Dated: October 3, 2014

WILLIAM H. ORRICK
United States District Judge